# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL NO. 1:05CV263
### (1:03CR50)

| | |
|---|---|
| **CHARLES JETER GRIFFITH,** ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | **O R D E R** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on Respondent's motion for an enlargement of time within which to file its responsive pleading to Petitioner's Motion under 28 U.S.C. § 2255.

For the reasons stated in the motion and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the Respondent's motion is **ALLOWED**, and the United States shall have up to and including October 25, 2007, to file its responsive pleading.

Signed: September 24, 2007

Lacy H. Thornburg
United States District Judge