UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:03CR50 |
| | ) | |
| vs. | ) | **ORDER TO DESTROY EVIDENCE** |
| | ) | |
| 1) CHARLES JETER GRIFFITH | ) | |

**THIS MATTER** is before the Court on the Government's motion for destruction of evidence seized herein.

For the reasons stated in the Government's motion and for cause shown, the Court finds that the evidence, specifically described in Exhibit A attached to the Government's motion and currently in the possession of the Newland Police Department, should be destroyed in accordance with the usual procedure for the destruction of such evidence.

**IT IS, THEREFORE, ORDERED** that the Government's motion to destroy evidence is hereby **GRANTED**, and the evidence listed in Exhibit A attached to the Government's motion shall be destroyed in accordance with the usual procedures for the destruction of such evidence.

Signed: August 5, 2009

Lacy H. Thornburg
United States District Judge